PER CURIAM.
Affirmed. Abrams v. Paul, 453 So.2d 826 (Fla. 1st DCA 1984); In Re Estate of Lonstein, 433 So.2d 672 (Fla. 4th DCA 1983); In Re Estate of Eisenberg, 433 So.2d 542 (Fla. 4th DCA 1983); Estate of Conger v. Conger, 414 So.2d 230 (Fla. 3d DCA 1982); In Re Estate of Simon, 402 So.2d 26 (Fla. 3d DCA 1981); In Re Estate of Griffis, 399 So.2d 1048 (Fla. 4th DCA 1981); In Re Estate of Murphy, 336 So.2d 697 (Fla. 4th DCA 1976); In Re Estate of Lunga, 298 So.2d 420 (Fla. 3d DCA 1974); In re Estate of Serrill, 159 So.2d 246 (Fla. 2d DCA 1964).